

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Black LG Cell phone bearing unknown number more fully described in Attachment A-4 | MJ 19-52-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 28th day of August, 2019.

Kathleen L. DeSoto
United States Magistrate Judge